IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANGEL BOMBINO                                                                                      PETITIONER
Reg. # 76461-004

v.                                    Case No. 2:14-cv-00019-KGB-JTK

C.V. RIVERA, Warden,
FCI-Forrest City                                                                                   RESPONDENT

## ORDER

The Court has received the Proposed Findings and Recommendations ("Recommendations") from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 18). After careful review of the Recommendations and the timely objections thereto (Dkt. No. 19), as well as a *de novo* review of the record, the Court concludes that the Recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly. It is therefore ordered that this case is dismissed without prejudice.

SO ORDERED this the 27th day of April, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE