IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**ANGEL BOMBINO**                                                                                    **PETITIONER**
Reg. # 76461-004

v.                            Case No. 2:14-cv-00019-KGB-JTK

**C.V. RIVERA, Warden,**
**FCI-Forrest City**                                                                                 **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered in this case on this date, it is considered, ordered, and adjudged that plaintiff's petition is dismissed without prejudice.

SO ADJUDGED this the 27th day of April, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE